UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LUIS ANACRAYON,

                        Plaintiff,

       -against-

EL MACO HAND CAR WASH CORP.,

                       Defendant.
------------------------------------------------------------------X

**24 Civ. No. 5125 (GS)**

**VIDEO CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Conference on **Wednesday, February 12, 2025 at 3:00 p.m.** to discuss the parties' motion for settlement approval. (Dkt. No. 32). The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [226 587 284 499]  Passcode: [Bq3Ge3qQ]**

      SO ORDERED.

DATED:    New York, New York
               February 4, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge